U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Bienvenido I. Lugo-Marchant | COURT CASE NUMBER: 05-11317-NMG |
| DEFENDANT: United Liquors Limited | TYPE OF PROCESS: |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United Liquors Limited

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 175 Campanelli Dr   Braintree, MA 02184

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Main reception area or Gary Keimach

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (508) 587-1018
DATE: Aug 2-2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy Talonea
Date: 8/3/05

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Kathleen Mansfield

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 9/6/05   Time: 11:00 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 8.64 | | 53.64 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____Massachusetts_____

| | |
|---|---|
| Bienvenido I. Lugo Marchant,<br>Plaintiff,<br><br>V.<br><br>Peter Tsickritzis, et al.<br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 05-11317-NMG |

TO: (Name and address of Defendant)

United Liquors Limited

175 Campanelli Dr.
Braintree, MA 02184

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bienvenido I. Lugo Marchant, pro se

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah Allison Thornton                                                   July 13, 2005
CLERK                                                                    DATE

(By) DEPUTY CLERK