UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BIENVENIDO I. LUGO MARCHANT,
Plaintiff,

v.

PETER TSICKRITZIS, KEVIN
KINGSTON and UNITED LIQUORS
LIMITED,
Defendants.

Civil Action No. 05 11317 NMG

## ASSENTED TO MOTION TO EXTEND TIME
## FOR RESPONSE TO PLAINTIFF'S COMPLAINT

Defendants, United Liquors Limited ("ULL"), Peter Tsickritzis ("Tsickritzis") and Kevin Kingston ("Kingston") (collectively "Defendants"), hereby move, with the assent of Plaintiff, Bienvenido I. Lugo Marchant ("Plaintiff"), for an additional thirty (30) days to serve its response to Plaintiff's Complaint, up to and including Wednesday, October 26, 2005. As grounds for its motion, Defendants state the additional time is required in order to prepare an appropriate response to Plaintiff's Complaint, which is detailed and includes numerous assertions of fact.

WHEREFORE, Defendants respectfully request that it be granted an extension of time, up to and including October 26, 2005, to serve its response to Plaintiff's Complaint.

- 2 -

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Counsel for Defendants has conferred with Plaintiff regarding Defendants' request for an

extension.  Plaintiff indicated he assents to the granting of the motion.

Respectfully submitted,

UNITED LIQUORS LIMITED, PETER
TSICKRITZIS and KEVIN KINGSTON,

/s/ Joan Ackerstein
Joan Ackerstein (BBO# 348220)
Heather Stepler (BBO# 654269)
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
(617) 367-0025; Fax: (617) 367-2155

Dated: September 26, 2005

ASSENTED TO AND AGREED TO BY:

/s/ Bienvenido I. Lugo Marchant (ja)
*Pro Se*
19 Grove Street
Brockton, MA  02301
(508) 587-1018