UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BIENVENIDO I. LUGO MARCHANT,
    Plaintiff,

v.

PETER TSICKRITZIS, KEVIN
KINGSTON and UNITED LIQUORS
LIMITED,
    Defendants.

Civil Action No. 05 11317 NMG

## DEFENDANTS' STATEMENT PURSUANT TO RULE 16.1

It appears that Plaintiff, acting *pro se*, filed his own proposed pretrial schedule and discovery plan. Defendants are now filing their own proposed schedule because they believe Plaintiff's will not provide sufficient time to complete tasks. Accordingly, Defendants propose the following:

### Proposed Pretrial Schedule and Discovery Plan

| Date | Event |
|---|---|
| March 31, 2006 | Plaintiff to disclose his experts and expert reports |
| May 31, 2006 | Defendants to disclose their experts and expert reports |
| June 30, 2006 | Deadline for completion of all fact and expert discovery, including requests for production of documents, interrogatories and witness depositions |
| August 31, 2006 | Deadline for filing dispositive motions, if either party determines that such a motion is appropriate |
| September 29, 2006 | Deadline for filing oppositions to dispositive motions |
| October 31, 2006 | Deadline for filing reply to oppositions to dispositive motions |

Defendants understand that this discovery schedule assumes the cooperation of Plaintiff, Defendants, all third party witnesses, and expert witnesses.

- 2 -

## Certification

Defendants' certification required by Local Rule 16.1(D)(3) will be filed simultaneously with this document.

          Respectfully submitted,

          UNITED LIQUORS LIMITED, PETER TSICKRITZIS and KEVIN KINGSTON,

          /s/ Joan Ackerstein
          Joan Ackerstein (BBO# 348220)
          Heather Stepler (BBO# 654269)
          JACKSON LEWIS LLP
          75 Park Plaza, 4th Floor
          Boston, Massachusetts 02116

Dated: December 16, 2005          (617) 367-0025; Fax: (617) 367-2155