UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BIENVENIDO I. LUGO MARCHANT,
Plaintiff,

v.

PETER TSICKRITZIS, KEVIN KINGSTON and UNITED LIQUORS LIMITED,
Defendants.

Civil Action No. 05 11317 NMG

## CERTIFICATION REQUIRED BY LOCAL RULE 16.1(D)(3)

Defendants, United Liquors Limited ("ULL"), hereby certify on behalf of itself and the individual defendants, Peter Tsickritzis ("Tsickritzis") and Kevin Kingston ("Kingston"), in compliance with Local Rule 16.1(D)(3) that their representatives, Kathleen C. Mansfield, has conferred with counsel, Joan Ackerstein, regarding the costs of this litigation and the possibility of alternative dispute resolution.

Respectfully submitted,

UNITED LIQUORS LIMITED, PETER TSICKRITZIS and KEVIN KINGSTON,

/s/ Kathleen C. Mansfield
Kathleen C. Mansfield
United Liquors Limited
175 Campanelli Park
P.O. Box 859219
Braintree, MA  02185

/s/ Joan Ackerstein
Joan Ackerstein (BBO# 348220)
Heather Stepler (BBO# 654269)
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
(617) 367-0025; Fax: (617) 367-2155

Dated: December 16, 2005

Dated: December 16, 2005