UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Bienvenido I. Lugo-Marchant | Civil Action No. 05 11317 NMG |
| Plaintiff, | |
| v. | |
| Peter Tsickritzis, Kevin Kingston, | |
| and United Liquors Limited et al., | |
| Defendants | |

## JOINT STATEMENT

NOW COME the parties in the above-entitled action and submit their Joint Statement pursuant to Rule 16.1 of the Local Rules for the United States District for the District of Massachusetts. The parties propose the following schedules with the first date as the most feasible although the second and third remaining dates can be selected as options should there be any conflict. The parties propose the following schedules;

### Proposed Pretrial Schedule and Discovery Plan

| | |
|---|---|
| January 23 (or 24, or 25), 2006 | Plaintiff and Defendants to disclose their experts and experts reports |
| February 21 (or 22, or 23), 2006 | Deadline for completion of all fact and expert discovery, including requests for production of documents, interrogatories and witness depositions |
| April 17 (or 18, or 19), 2006 | Deadline for filing dispositive motions, if either party determines that such a motion is appropriate |
| May 22 (or 23, or 24), 2006 | Deadline for filing oppositions to dispositive motions |
| June 26 (or 26, or 28), 2006 | Deadline for filing reply to oppositions to dispositive motions |

Plaintiff and Defendants understand and agree that their respective discovery schedules assume the cooperation of Plaintiff, defendants, all third parties witnesses, and expert witnesses. Plaintiff and Defendants further agree that requests for additional time for discovery may be made

and should be reasonably agrees to in the event of delays occasioned by discovery disputes requiring a decision by the Court, and the unavailability of fact or expert witnesses due to vacation or work schedules.

    I would also offer the following dates (and any day of that week) as an option for the schedule and discovery plan at the same order: Feb.13, March 13, May 15, June 15 and July 17. I believe the dates suggested by the Defendants are too long. I also would like to see if there is any alternate dispute resolution available.

### Certification

Plaintiff certification required by Local Rule 16.1 will be filed under separate cover.

Respectfully submitted,

Bienvenido I. Lugo Marchant
*Pro se*

Bienvenido I. Lugo-Marchant
19 Grove Street
Brockton, MA 02301
Copy to United Liquors Limited, Peter Tsickritzis and Kevin Kingston
Joan Ackerstein, Esq.
Heather Stepler, Esq.
**JACKSON LEWIS LLP**
75 Park Plaza, 4th Floor
Boston, MA 02116
Phone 617-367-0025; Fax 607-367-2155