UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIENVENIDO I. LUGO MARCHANT,<br>   Plaintiff,<br><br>v.<br><br>PETER TSICKRITZIS, KEVIN<br>KINGSTON and UNITED LIQUORS<br>LIMITED,<br>   Defendants. | Civil Action No. 05 11317 NMG |

### CERTIFICATION REQUIRED BY LOCAL RULE 16.1(D)(3)

Defendant, Peter Tsickritzis, hereby certifies in compliance with Local Rule 16.1(D)(3) that he has conferred with counsel, Joan Ackerstein, regarding the costs of this litigation and the possibility of alternative dispute resolution.

                Respectfully submitted,

                PETER TSICKRITZIS,

/s/ Peter Tsickritzis
Peter Tsickritzis

/s/ Joan Ackerstein
Joan Ackerstein (BBO# 348220)
Heather Stepler (BBO# 654269)
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
(617) 367-0025; Fax: (617) 367-2155

Dated: December 22, 2005

Dated: December 28, 2005

- 2 -

**Certificate of Service**

This is to certify that on this 28th day of December, 2005, I caused a copy of the foregoing to be served upon Plaintiff, Bienvenido I. Lugo Marchant, 19 Grove Street, Brockton, MA 02301, by first class mail, postage prepaid.

/s/ Joan Ackerstein
Jackson Lewis LLP

- 2 -