UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIENVENIDO I. LUGO MARCHANT,<br>Plaintiff,<br><br>v.<br><br>PETER TSICKRITZIS, KEVIN KINGSTON and UNITED LIQUORS LIMITED,<br>Defendants. | Civil Action No. 05 11317 NMG |

### DEFENDANTS' MOTION TO COMPEL RESPONSES TO OUTSTANDING DISCOVERY

Defendants, United Liquors Limited, Peter Tsickritzis and Kevin Kingston ("Defendants"), hereby move pursuant to Fed. R. Civ. P. 37(a) and Local Rule 37.1 for an order compelling Plaintiff, Bienvenido I. Lugo Marchant ("Plaintiff"), to respond to Defendants' First Set of Interrogatories Propounded By Defendants to Plaintiff and to Defendants' First Set of Requests For Production of Documents of Defendants To Plaintiff, Bienvenido I. Lugo Marchant, which were served on January 6, 2006. To date, no responses have been provided. Defendants submit a memorandum and the Affidavit of Joan Ackerstein in support of this motion.

## LOCAL RULES 7.1(A)(2) and 37.1 CERTIFICATION

Counsel for Defendants, Joan Ackerstein, hereby certifies that on February 13, 2006, she wrote to Plaintiff and asked him to call her so that they could discuss the outstanding discovery responses. To date, Plaintiff has not responded to that request. Accordingly, the issues have not been narrowed.

Respectfully submitted,

UNITED LIQUORS LIMITED,
PETER TSICKRITZIS and KEVIN KINGSTON
By their attorneys,

/s/ Joan Ackerstein
Joan Ackerstein, BBO #348220
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA  02116
(617) 367-0025; fax: (617) 367-2155

Dated:  March 3, 2006

## Certificate of Service

I hereby certify that on March 3, 2006, this document was served upon Plaintiff, Bienvenido I. Lugo Marchant, 19 Grove Street, Brockton, MA  02301, by first class mail, postage prepaid.

/s/ Heather L. Stepler
Jackson Lewis LLP