UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIENVENIDO I. LUGO MARCHANT,<br>Plaintiff,<br><br>v.<br><br>PETER TSICKRITZIS, KEVIN KINGSTON and UNITED LIQUORS LIMITED,<br>Defendants. | Civil Action No. 05 11317 NMG |

## NOTICE OF APPEARANCE OF HEATHER L. STEPLER

Please enter my appearance as counsel for Defendants, Peter Tsickritzis, Kevin Kingston, and United Liquors Limited, in this matter. Joan Ackerstein remains as counsel for Defendants.

Respectfully submitted,
PETER TSICKRITZIS, KEVIN KINGSTON,
UNITED LIQUORS LIMITED,
By their attorneys,

/s/ Heather L. Stepler
Heather L. Stepler, BBO #654269
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
(617) 367-0025
steplerh@jacksonlewis.com

Dated: March 14, 2006

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of March, 2006, I caused a copy of the foregoing to be served upon Plaintiff, Bienvenido I. Lugo Marchant, 19 Grove Street, Brockton, MA 02301, by first class mail, postage prepaid.

/s/ Heather L. Stepler
Jackson Lewis LLP