UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BIENVENIDO LUGO-MARCHANT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-11317-NMG |
| | ) | |
| PETER TSICKRITZIS, | ) | |
| KEVIN KINGSTON, and | ) | |
| UNITED LIQUORS LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON DEFENDANTS' MOTION TO COMPEL

This matter is before the court on the "Defendants' Motion to Compel Complete and Substantive Responses to Discovery" (Docket No. 23). By their motion, the defendants, Peter Tsickritzis, Kevin Kingston and United Liquors Limited, are seeking an order compelling the plaintiff, Bienvenido I. Lugo-Marchant, to (1) provide complete and substantive responses to Interrogatory Nos. 1-3 and 5-15 of the First Set of Interrogatories Propounded by Defendants to Plaintiff, (2) provide complete and substantive responses to the First Set of Requests for Production of Documents of Defendants to Plaintiff, Bienvenido I. Lugo Marchant, and (3) produce documents that are responsive to the defendants' document requests. On July 6, 2006, this court held a hearing on the motion at which the plaintiff appeared pro se. After reviewing the parties' submissions and considering the parties' oral arguments, this court hereby ORDERS as follows:

1. The defendants' motion to compel is ALLOWED. By **July 28, 2006**, Mr. Lugo-Marchant shall provide responses to Interrogatory Nos. 1-3 and 5-15 of the defendants' First Set of Interrogatories. By **July 28, 2006**, Mr. Lugo-Marchant also shall provide responses and produce all documents responsive to the defendants' First Set of Requests for Production of Documents.

2. By **July 28, 2006**, the defendants shall produce to Mr. Lugo-Marchant any available documents that were authored by the plaintiff and concern work-related accidents.

3. Mr. Lugo-Marchant shall comply with the automatic disclosure requirements of Local Rule 26.2 and Fed. R. Civ. P. 26(a)(1) by providing the defendants with the information described in those rules.

    / s / Judith Gail Dein  
Judith Gail Dein  
United States Magistrate Judge

DATED: July 6, 2005