UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BIENVENIDO I. LUGO MARCHANT,
      Plaintiff,

v.

PETER TSICKRITZIS, KEVIN
KINGSTON and UNITED LIQUORS
LIMITED,
      Defendants.

Civil Action No. 05 11317 NMG

### NOTICE TO COURT REGARDING PLAINTIFF'S ASSENT TO DEFENDANTS' MOTION TO EXTEND DEADLINE FOR COMPLETING DEPOSITIONS AND OTHER DEADLINES

On June 29, 2006, Defendants, United Liquors, Ltd., Peter Tsickritzis, and Kevin Kingston ("Defendants"), moved to extend the deadline for completing depositions and other deadlines in this matter in light of the pending discovery motions filed by Defendants and Plaintiff. Specifically, Defendants moved to extend the deadline for completing depositions up to and including Monday, October 16, 2006, the deadline for serving dispositive motions up to and including Thursday, November 16, 2006, and the deadline for serving responses to dispositive motions up to and including Friday, December 15, 2006. To date, the Court has not yet ruled on this motion.

On July 6, 2006, the Court held a hearing on Defendants' Motion to Compel Complete And Substantive Responses to Discovery and on Plaintiff's Motion to Dismiss Defendants' Motion to Compel Complete and Substantive Answers to Interrogatories Propounded by the Defendants. At that hearing, Plaintiff, Bienvenido Lugo Marchant ("Plaintiff"), informed Magistrate Dein that he assents to Defendants' Motion to Extend Deadline for Completing Depositions and Other Deadlines. Magistrate Dein requested that Defendants notify the Court of

Plaintiff's assent to Defendants' Motion to Extend Deadline for Completing Depositions and Other Deadlines.

Respectfully submitted,

UNITED LIQUORS LIMITED, PETER TSICKRITZIS and KEVIN KINGSTON,

By their attorneys,

/s/ Joan Ackerstein
Joan Ackerstein (BBO# 348220)
Heather Stepler (BBO# 654269)
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
(617) 367-0025; Fax: (617) 367-2155

Dated: July 7, 2006

### CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2006, this document was served upon Plaintiff, Bienvenido I. Lugo Marchant, 19 Grove Street, Brockton, MA 02301, by first class mail, postage prepaid.

/s/ Joan Ackerstein
Jackson Lewis LLP

2