UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bienvenido I. Lugo-Marchant
   Plaintiff,
      v.
Peter Tsickritzis, Kevin Kingston,
and United Liquors Limited et al.,
   Defendants

Civil Action No. 05 11317 NMG

### PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PRODUCE COMPLETE AND SUBSTANTIVE RESPONSES TO THE INTERROGATORIES PROPOUNDED BY THE PLAINTIFF

The Plaintiff supports the US Constitution and is a US citizen. This action arises from the Mr. Lugo having worked for the Defendants and being denied a promotion, demoted, harassed, denied training, denied overtime wages, paid less than stipulated, denied medical coverage, slandered-libeled, denied ADA protections, denied light-work accommodation, retaliation for asking his supervisors the reasons for discrimination, and for having initiated a complaint with the Massachusetts Commission Against Discrimination ("MCAD") and the Equal Employment Opportunities Commission ("EEOC"). Mr. Lugo believes these actions are a mere unlawful pretext not accepted by any US laws or regulations.

### U.S. AMMENDMENT 14TH AND THE DEFENDANTS' VAGUE ANSWERS TO INTERROGATORIES

The Defendant's richness is a discoverable issue in this claim as Mr. Lugo also seeks punitive damages and other damages not specified at the time of writing this Motion. On Restatement (2nd) Torts, s. 908 e it says: *"the wealth of the Defendant is ...relevant since the purposes of the exemplary damages are to punish for a past event and to prevent future offenses, and the degree of punishment or deterrence resulting from a judgement to some extent is proportional to the means of the guilty persons"*. 42 U.S.C.A. Sec. 1981a, Sec. 2000e et seq.; 13 A.L.R. 2D 277, 14 A.L.R. Fed. 608. City of Newport v. Fact Concerts, Inc. 453 U.S. 247, 270, 101 S. Ct. 2748, 2761 (1981). Seifert v. Solem, 387 F. 2d 925 (7th Cir. 1967)

Mr. Lugo is not required to make a prima facie showing that he is entitled to punitive damages and others as his claim is already accepted and he is cooperating with the USDC by following the Rules to the best of his abilities without seeing the same from the Defendants. CEH, Inc. v. FV "Seafarer" 148 F.R.D. 469 (D.R.I. 1993), aff'd 153 F.R.D. 491 (1994), 27 A.L.R. 3d 1375, 1377 (1969) and other cases. As an example, after attorney Ackerstein bluntly persuaded Mr. Lugo of her apparent sincerity and naiveté, Mr. Lugo shared more details that can be used at trial or to evaluate possible settlement options while denying the

Plaintiff the "equal protections of the law", thus causing delay and confusion. Mr. Lugo was led to believe that Puerto Rico is not part of the United States of America and had to explain that to a seasoned lawyer who should know better. Mr. Lugo believes the Honorable US Judge Torruellas, who sits at the 1st US Circuit, is as Puerto Rican as his ancestors are.

Mr. Lugo has seen public records with the name of the Defendant-Peter Tsickritzis (Peter N.Tsickritzis; exhibit 1-2) in relation to land property in Barnstable and Norfolk County Registry of Deeds while Defendant-Tsickritzis claims that that is personal. Defendant-Kingston did not provide good answers either. Furthermore, while at the Deposition, Defendant-Tsickritzis overreacted when hearing about "Martignetti (a distribution company; exhibit 3) having bought United". Hence, the Plaintiff's request is not spurious. 54 ALR 4th 998 (1987).

WHEREFORE, the Plaintiff respectfully prays this Honorable US Court agrees with this Plaintiff's Motion to Compel the Defendants to Produce Complete and Substantive Responses to Interrogatories Propounded by the Plaintiff. The Plaintiff would like this Honorable US Court ordering the Defendants to:

1. provide complete and substantive answers from the Defendants regarding their financial records and richness
2. order Mr. Tsickritzis to submit a copy of his medical records, including but not limited to his mental health
3. order the Defendants to answer in detail what other lawsuits, administrative complaints or complaints they currently face
4. order the Defendants to answer in detail what other lawsuits, administrative complaints or complaints they faced.
5. order the Defendants to answer if they exist.

Respectfully submitted,

Bienvenido I Lugo-Marchant
*Pro se, in forma pauperis*

CERTIFICATE OF SERVICE

I hereby certify that on Jan 8, 2007, this document was served upon the defendant's counsel, JACKSON LEWIS, by first class mail, postage paid.

### Norfolk County Registry of Deeds    William P O'Donnell
### Land Records List by Name

| | |
|---|---|
| Search name: | TSICKRITZIS |
| Gtors/Gtees: | All Parties |
| Town: | *All |
| Document types: | *ALL |
| Database searched: | Land Document Index from Jan 1,1967 thru Dec 26,2006 |

[< Previous] [Next >] [Show Print Cart] [Tax Liens] [Curr Year] [Print Listing] [Land Court] [Rec Lnd Plans]

| Full Name / Reverse Party | Document Desc / Document Type | Town / Date Recvd | Book-Page |
|---|---|---|---|
| TSICKRITZIS, ELLEN &AL (Gtor) / METROPOLITAN CREDIT UN | SALE CORONATION DR. / Notice | Dedham / 07-03-1978 | 5482-746 |
| TSICKRITZIS, ELLEN &AL (Gtor) / METROPOLITAN CREDIT UN | SALE-UCC / Notice | ????????? / 05-23-1984 | 6404-519 |
| TSICKRITZIS, ELLEN D (&AL) (Gtee) / HORAN, WILLIAM T (&AL) | LOT 132 PLBK 3229 PL 1712 / Deed | Dedham / 08-06-1973 | 4967-104 |
| TSICKRITZIS, ELLEN D (&AL) (Gtor) / PROVIDENT INSTITUTION | LOT 132 PLBK 3229 PL 1712 / Mortgage | Dedham / 08-06-1973 | 4967-105 |
| TSICKRITZIS, ELLEN D. (&AL) (Gtor) / METROPOLITAN CREDIT UN | CORONATION DR. / Mortgage | Dedham / 05-12-1989 | 8315-270 |
| TSICKRITZIS, ELLEN D. &AL (Gtor) / METROPOLITAN CREDIT UN | SEE RECORD / Mortgage / CORONATION DR.LOT 132 PL.3229-592 | Dedham / 04-22-1992 | 9307-590 |
| TSICKRITZIS, ELLEN D. &AL (Gtee) / HORAN, WILLIAM T. &AL | SEE RECORD / Deed / CHARLES COURT EAST CONDO. UNIT 312 BLDG.3 | Needham / 07-06-1993 | 9971-607 |
| TSICKRITZIS, ELLEN D. &AL (Gtor) / OMEGA FINANCIAL INC. | SEE RECORD / Mortgage / CORONATION DR.LOT 132 PL.WHITMAN & HOWARD D.12/1953 | Dedham / 04-15-1997 | 11771-238 |
| TSICKRITZIS, ELLEN D. &AL (Gtor) / GLEESON, PATRICK V &AL | SEE RECORD / Deed / CORONATION DR.LOT 132 PL.3229-592 | Dedham / 08-31-1998 | 12778-62 |
| TSICKRITZIS, ELLEN D (Gtor) | SEE RECORD / Affidavit | Needham / 11-29-2006 | 24308-245 |

More names may be available

[< Previous] [Next >] [Show Print Cart] [Tax Liens] [Curr Year] [Print Listing] [Land Court] [Rec Lnd Plans]

### HOW TO USE THIS PAGE
To see the next page of available names, click on Next>.
To see the previous panel displayed, click on <Previous.
To view an abstract, click on the document icon with "ABS".
To view an image, click on the document icon with "DOC".
To refine your search to a name that is displayed, click on the name hyperlink.

Exhibit 1

## Barnstable County Registry of Deeds   John F. Meade
### Land Records List by Name

Search name: TSICKRITZIS
Gtors/Gtees: All Parties
Town: *All
Document types: *ALL
Database searched: Land Document Index from Jan 1,1704 thru Dec 22, 2006 #80067 @ 01:39

< Previous   Next >   Show Print Cart   Tax Liens   Curr Year   Print Listing   Land Court   Rec Lnd Plans

| Full Name / Reverse Party | Document Desc / Document Type | Town / Date Recvd | Book-Page |
|---|---|---|---|
| **TSICKRITZIS, ELLEN (&H) (Gtee)**<br>HYNES, DANIEL E (&O) | UNIT H-4<br>Deed | Bourne<br>06-28-2002 | 15314-318 |
| **TSICKRITZIS, ELLEN (&H) (Gtor)**<br>MORTGAGE ELECTRONIC RE | UNIT H-4<br>Mortgage | Bourne<br>12-10-2004 | 19332-86 |
| **TSICKRITZIS, ELLEN (&O) (Gtor)**<br>MORTGAGE ELECTRONIC RE | UNIT H-4<br>Mortgage | Bourne<br>06-15-2006 | 21102-169 |
| **TSICKRITZIS, PETER N (&O) (Gtor)**<br>OMEGA FINANCIAL INC | UNIT H-4<br>Mortgage | Bourne<br>06-28-2002 | 15314-319 |
| **TSICKRITZIS, PETER N (&W) (Gtor)**<br>MORTGAGE ELECTRONIC RE | UNIT H-4<br>Mortgage | Bourne<br>12-10-2004 | 19332-86 |

**More names may be available**

*[Handwritten annotations:]*
64 Gronston Dr
Dedham 02026
4 Dogwood Rd 02532
Bourne
36 Shore Dr 02360

16 MK
10 Robinwood Rd
Wareham

*Exhibit 2*



Wine Business Insider - August 2006

**Distributor Watch: Martignetti Family, United Consolidate in Massachusetts**

The **Martignetti** family, whose wine and spirits empire includes distributorships and retail stores, has agreed to buy **United Liquors Ltd.**, a division of the **United Group.** The United Group is owned by **Ray Tye**, the philanthropist now in his mid-80s. Executives at the two companies could not immediately be reached for comment.

A preliminary agreement has been reached in which **Martignetti Companies** will purchase all of United Liquors operations in Massachusetts, including the shares owned by **Southern Wine & Spirits of America Inc**. The United Group of Massachusetts is one of the nation's pre-eminent multi-state wine, spirits and beer distributors, serving six open and control states, including Massachusetts, Maine, New Hampshire, Vermont, Virginia and North Carolina. Martignetti Companies operate in Massachusetts, but also in Rhode Island, New Hampshire, Vermont and Maine.

In February 2005, United agreed to sell a 25 percent ownership stake to Southern Wine & Spirits of America. At that time, Tye commented that the partnership with Southern would strengthen both companies while assuring job security for United employees and the long-term continuity of the operation. However, as part of the deal announced this week, the Martignettis will apparently buy out Southern's stake.

EXHIBIT #3

**Return To Previous Page**