UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

| Bienvenido I. Lugo-Marchant<br>Plaintiff,<br>v.<br>Peter Tsickritzis, Kevin Kingston,<br>and United Liquors Limited et al.,<br>Defendants | Civil Action No. 05 11317 NMG<br>2007 FEB -2 A 11: 59<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS |
|---|---|

## NOTICE TO THE COURT REGARDING PLAINTIFF'S POSITION

1. The Plaintiff believes in the US Constitution, Laws, and supports the US Courthouses.

2. The Plaintiff has always cooperated with the Defendants, including but not limited to, when they conservatively requested extra time at the start of this action and to submit documents to the best of his understanding.

3. The Plaintiff has been courteous and respectful to all the persons while at lengthy depositions that lasted until close to the night with an unruly Defendant.

4. The Plaintiff sent numerous letters asking opposing counsel to meet with no result.

5. The Plaintiff believes that when opposing counsel called, the Defendants gave no indication of needing extra time. A few times, opposing counsel lead a vague conversation leading nowhere.

6. As in previous times, and with no prejudice, the Plaintiff does not oppose the **Defendants' Motion to Extend Summary Judgement Deadline**.

7. At the time of this writing, opposing counsel has not complied with a Court order when the Defendants were ordered to submit documents authored by the Plaintiff, thus making a significant contribution to their cause by manipulating said records.

8. The Plaintiff considers the request of the Defendants an unnecessary delay, and an embarrassment as he would have agreed with opposing counsel in their request. Discovery devices should not be used to cause undue annoyance, embarrassment, or oppression.

1

9. The Plaintiff would like this Honorable US Court to inform when is the next hearing or Court appearance.

Respectfully submitted,

Bienvenido I Lugo-Marchant
*Pro se, in forma pauperis*

## CERTIFICATE OF SERVICE

I hereby certify that on Feb 1 2007, this document was served upon the Defendant's counsel, **JACKSON LEWIS**, by first class mail, postage paid.