UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIENVENIDO I. LUGO MARCHANT,<br>     Plaintiff,<br><br>v.<br><br>PETER TSICKRITZIS, KEVIN<br>KINGSTON and UNITED LIQUORS<br>LIMITED,<br>     Defendants. | Civil Action No. 05 11317 NMG |

## DECLARATION OF WILLIAM NAGLE

I, William Nagle, on oath, depose and state as follows:

1. I am the Second Shift Warehouse Supervisor at United Liquors Ltd. ("UL"). I have worked for UL since 1986 and have held the position of Second Shift Warehouse Supervisor for the past four years. I am a resident of Norton, Massachusetts.

2. Through my position as Second Shift Warehouse Supervisor, I became familiar with Plaintiff, Bienvenido Lugo Marchant, during the time he worked in UL's warehouse.

3. In March 2003, while working a Friday night shift, Plaintiff told me that he needed to leave at midnight. However, Plaintiff did not explain why he needed to leave early. I told Plaintiff that warehouse employees generally stay until the job is complete. However, I also told Plaintiff to do what he felt was necessary and he left. Subsequently, Plaintiff told me again that he had to leave at midnight. I allowed Plaintiff to leave the shift early even though he did not tell me why he was leaving.

4. I learned subsequently that Plaintiff wanted to leave at midnight due to his religious beliefs. I asked Plaintiff why he had not previously told me the reason for his desire to leave at midnight. Plaintiff stated that he thought I knew. I informed Plaintiff that I did not

previously know about his religious beliefs and I then again allowed Plaintiff to leave at midnight.

    Signed under the pains and penalties of perjury this 7th day of February, 2007

/s/ William Nagle
William Nagle

## CERTIFICATE OF SERVICE

    This is to certify that on this 7th day of February, 2007, I caused a copy of the foregoing to be served upon Plaintiff, Bienvenido I. Lugo Marchant, 19 Grove Street, Brockton, MA 02301, by first class mail, postage prepaid.

                        /s/ Heather L. Stepler
                        Jackson Lewis LLP