UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIENVENIDO I. LUGO MARCHANT,<br>Plaintiff,<br><br>v.<br><br>PETER TSICKRITZIS, KEVIN KINGSTON and UNITED LIQUORS LIMITED,<br>Defendants. | Civil Action No. 05 11317 NMG |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REVISE PRE-TRIAL MOTIONS, RULE 72 FED. R. CIV. P.

Defendants, United Liquors Ltd., Peter Tsickritzis and Kevin Kingston ("Defendants"), hereby oppose Plaintiff's Motion To Revise Pre-Trial Motions, Rule 72 Fed. R. Civ. P. served on May 4, 2007. In that motion, Plaintiff contends "there are myriad of genuine reasons of material fact requiring trial and the Defendants are not entitled to summary judgment." Defendants now oppose that motion as there is as yet no ruling on summary judgment and, thus, the motion is premature.

On April 26, 2007, after the hearing on Defendants' Motion For Summary Judgment, Magistrate Judge Dein took the motion under advisement. To date, there have been no orders, reports, or recommendations issued on Defendants' motion. Plaintiff's motion is either an unauthorized attempt to file yet another opposition to Defendants' Motion For Summary Judgment or premature objections to a recommendation by Magistrate Judge Dein on Defendants' Motion For Summary Judgment. Either way, Plaintiff's motion is improper and should be denied.

## CONCLUSION

Based on the foregoing, the Court should deny Plaintiff's Motion To Revise Pre-Trial Motions, Rule 72 Fed. R. Civ. P.

Respectfully submitted,

UNITED LIQUORS LIMITED, PETER TSICKRITZIS and KEVIN KINGSTON,
By their attorneys,

/s/ Heather L. Stepler
Joan Ackerstein (BBO# 348220)
Heather L. Stepler (BBO# 654269)
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
(617) 367-0025; Fax: (617) 367-2155

Dated: May 10, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2007, this document was served upon Plaintiff, Bienvenido I. Lugo Marchant, 19 Grove Street, Brockton, MA 02301, by first class mail, postage prepaid.

/s/ Heather L. Stepler
Jackson Lewis LLP