UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bienvenido I. Lugo Marchant,
    Plaintiff

V.

Peter Tsickritzis, et al.,
    Defendant

CIVIL ACTION

NO.   05-11317

**JUDGMENT**

Gorton   D. J.

In accordance with the Court's adoption of Magistrate Judge Dein's Report and Recommendation dated   5/23/07   recommending granting   Docket no. 69   motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the   Defendants

By the Court,

8/6/07
Date

/s/ Craig J. Nicewicz
Deputy Clerk

(Judgment for SJ.wpd - 12/98)