UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Bienvenido I. Lugo Marchant<br>Plaintiff<br>v.<br>Peter N. Tsickritzis, Kevin M. Kingston,<br>United Liquors Limited et al.<br>Defendants | Civil Action No. 05 11317 NMG<br><br>2007 SEP -7 P 1: 02<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. |

## NOTICE OF APPEAL TO A US COURT OF APPEALS FROM A JUDGEMENT OF A US DISTRICT COURT

Notice is hereby given that Bienvenido I. Lugo-Marchant, plaintiff, appeals in the above named case. The Plaintiff hereby appeals to the US Court of Appeals for the 1st Circuit from the judgement entered in this action on the 6th day of August of 2007.

The Plaintiff believes that the issues raised have not been solved yet and that he does not need to initiate another lawsuit against the defendants for willful mistakes they enjoy doing.

**WHEREFORE,** the Plaintiff respectfully prays this **Honorable US Court** allows this **Notice**

Very respectfully, the Plaintiff demands a **TRIAL BY JURY** in this action.

Respectfully submitted,
Bienvenido I Lugo-Marchant
*Pro se, in forma pauperis*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2007, this document was served upon the defendant's counsel, JACKSON LEWIS, by first class mail, postage paid.