## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-cv-11317

Bienvenido I. Lugo Marchant

v.

Peter Tsickritzis

## **CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-99

and contained in I & II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/7/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 15, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _10/15/07_.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-11317-NMG
# Internal Use Only

Marchant v. Tsickritzis et al
Assigned to: Judge Nathaniel M. Gorton
Cause: 42:1983 Civil Rights Act

Date Filed: 06/17/2005
Date Terminated: 08/07/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Bienvenido I. Lugo Marchant**

represented by **Bienvenido I. Lugo Marchant**
19 Grove Street
Brockton, MA 02301
PRO SE

V.

**Defendant**

**Peter Tsickritzis**

represented by **Heather L. Stepler**
Jackson Lewis LLP
75 Park Plaza
4th Floor
Boston, MA 02327
617-367-0025
Fax: 617-367-2155
Email: steplerh@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joan I. Ackerstein**
Jackson Lewis LLP
75 Park Plaza
4th Floor
Boston, MA 02327
617-367-0025
Fax: 617-367-2155
Email: ackerstj@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Kingston**

represented by **Heather L. Stepler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joan I. Ackerstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**United Liquors Limited**                    represented by **Heather L. Stepler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joan I. Ackerstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Bienvenido I. Lugo Marchant.(Jenness, Susan) (Entered: 06/23/2005) |
| 06/17/2005 | 2 | COMPLAINT against Peter Tsickritzis, Kevin Kingston, United Liquors Limited Filing fee: $ 0.00, receipt number 0.00, filed by Bienvenido I. Lugo Marchant. (Attachments: # 1 Appendix)(Jenness, Susan) (Entered: 06/23/2005) |
| 06/17/2005 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 06/23/2005) |
| 07/13/2005 | 3 | Judge Nathaniel M. Gorton : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States. (Morse, Barbara) (Entered: 07/13/2005) |
| 07/13/2005 | ● | Remark: Clerk entered plaintiff's address on the cm/ecf docket. (Morse, Barbara) (Entered: 07/13/2005) |
| 07/13/2005 | ● | Summons Issued as to Peter Tsickritzis, Kevin Kingston, United Liquors Limited. Mailed to plaintiff with USM 285 forms, information about service by U.S. Marshal, and Local Rule 4.1. (Morse, Barbara) (Entered: 07/13/2005) |
| 09/08/2005 | 5 | US Marshal Process Receipt and Return for Summons. United Liquors Limited served Delivered on 9/6/05 (Elefther, Elizabeth) (Entered: 09/09/2005) |
| 09/08/2005 | 6 | US Marshal Process Receipt and Return for Summons. Gary Keimach served Delivered on 9/6/05 (Elefther, Elizabeth) (Entered: 09/09/2005) |
| 09/09/2005 | 4 | US Marshal Process Receipt and Return for Summons. Kathleen |

|  |  |  |
|---|---|---|
|  |  | Mansfield served Delivered on 9/6/05 (Elefther, Elizabeth) (Entered: 09/09/2005) |
| 09/26/2005 | 7 | MOTION for Extension of Time to 10/26/05 to File Answer re 2 Complaint by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Ackerstein, Joan) (Entered: 09/26/2005) |
| 09/26/2005 | 8 | CORPORATE DISCLOSURE STATEMENT by United Liquors Limited. (Ackerstein, Joan) (Entered: 09/26/2005) |
| 10/05/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 7 Motion for Extension of Time to Answer Peter Tsickritzis answer due 10/26/2005; Kevin Kingston answer due 10/26/2005; United Liquors Limited answer due 10/26/2005. (Nicewicz, Craig) (Entered: 10/05/2005) |
| 10/24/2005 | 9 | ANSWER to Complaint by Peter Tsickritzis, Kevin Kingston, United Liquors Limited.(Ackerstein, Joan) (Entered: 10/24/2005) |
| 11/14/2005 | 10 | NOTICE of Scheduling Conference Scheduling Conference set for 12/21/2005 03:45 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 11/14/2005) |
| 12/16/2005 | 11 | JOINT STATEMENT re scheduling conference *filed by Defendants'*. (Ackerstein, Joan) (Entered: 12/16/2005) |
| 12/16/2005 | 12 | CERTIFICATION pursuant to Local Rule 16.1 by Peter Tsickritzis, Kevin Kingston, United Liquors Limited.(Ackerstein, Joan) (Entered: 12/16/2005) |
| 12/16/2005 | 13 | JOINT Statement pursuant to Local Rule 16.1 by Peter Tsickritzis, Kevin Kingston, United Liquors Limited, Bienvenido I. Lugo Marchant. (Sonnenberg, Elizabeth) (Entered: 12/21/2005) |
| 12/21/2005 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Scheduling Conference held on 12/21/2005. Amendments/supplements 2/28/06, written discovery served 3/31/06, responses 4/30/06. Non expert depositions 6/30/06, plaintiff expert designation and rule 26 3/31/06, defendant 4/30/06. All depositions 6/30/06. Dispositive motions 8/31/06, responses 9/29/06. Jury Trial set for 1/2/2007 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. Pretrial Conference set for 12/12/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 01/09/2006) |
| 12/28/2005 | 14 | CERTIFICATION pursuant to Local Rule 16.1 by Peter Tsickritzis. (Ackerstein, Joan) (Entered: 12/28/2005) |
| 12/28/2005 | 15 | CERTIFICATION pursuant to Local Rule 16.1 by Kevin Kingston. (Ackerstein, Joan) (Entered: 12/28/2005) |
| 12/28/2005 | 16 | CERTIFICATION pursuant to Local Rule 16.1 by United Liquors Limited.(Ackerstein, Joan) (Entered: 12/28/2005) |
| 01/13/2006 | 17 | Judge Nathaniel M. Gorton : ORDER entered. SCHEDULING ORDER: |

| | | see order for details.(Nicewicz, Craig) (Entered: 01/13/2006) |
|---|---|---|
| 03/03/2006 | 18 | MOTION to Compel *Responses to Outstanding Discovery* by Peter Tsickritzis, Kevin Kingston, United Liquors Limited.(Ackerstein, Joan) (Entered: 03/03/2006) |
| 03/03/2006 | 19 | MEMORANDUM in Support re 18 MOTION to Compel *Responses to Outstanding Discovery* filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Ackerstein, Joan) (Entered: 03/03/2006) |
| 03/03/2006 | 20 | AFFIDAVIT in Support re 18 MOTION to Compel *Responses to Outstanding Discovery* filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Ackerstein, Joan) (Entered: 03/03/2006) |
| 03/10/2006 | 21 | Answer to the Interrogatories/Response by Bienvenido I. Lugo Marchant. (Sonnenberg, Elizabeth) (Entered: 03/10/2006) |
| 03/14/2006 | 22 | NOTICE of Appearance by Heather L. Stepler on behalf of Peter Tsickritzis, Kevin Kingston, United Liquors Limited (Stepler, Heather) (Entered: 03/14/2006) |
| 03/14/2006 | ◑ | Judge Nathaniel M. Gorton : Electronic ORDER entered withdrawing 18 Motion to Compel (Sonnenberg, Elizabeth) (Entered: 03/14/2006) |
| 04/03/2006 | 23 | MOTION to Compel *Complete and Substantive Responses to Discovery* by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Ackerstein, Joan) (Entered: 04/03/2006) |
| 04/03/2006 | 24 | AFFIDAVIT in Support re 23 MOTION to Compel *Complete and Substantive Responses to Discovery* filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Ackerstein, Joan) Additional attachment(s) added on 4/4/2006 (Sonnenberg, Elizabeth). (Entered: 04/03/2006) |
| 04/03/2006 | 25 | MEMORANDUM in Support re 23 MOTION to Compel *Complete and Substantive Responses to Discovery* filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Ackerstein, Joan) (Entered: 04/03/2006) |
| 04/04/2006 | 26 | Proposed Document(s) submitted by Bienvenido I. Lugo Marchant. Document received: First Set of Interrogatories Propounded by the Plaintiff to Defendant Kathleen C. Mansfield. (Sonnenberg, Elizabeth) (Entered: 04/07/2006) |
| 04/04/2006 | 27 | Proposed Document(s) submitted by Bienvenido I. Lugo Marchant. Document received: First Set of Interrogatories Propounded by the Plaintiff to Defendant Kevin Kingston. (Sonnenberg, Elizabeth) (Entered: 04/07/2006) |
| 04/19/2006 | 28 | MOTION for Order-Motion to Dimiss Defendant's Motions to Compel Complete and Substantive Answers to Interrogatories Propounded by the Defendant's by Bienvenido I. Lugo Marchant.(Sonnenberg, Elizabeth) (Entered: 04/21/2006) |
| | | |

| 04/19/2006 | ⊘29 | Proposed Document(s) submitted by Bienvenido I. Lugo Marchant. Document received: First Set of Interrogatories Propounded by the Plaintiff to Defendant-William Nagle. (Attachments: # 1 Exhibit A) (Sonnenberg, Elizabeth) (Entered: 04/21/2006) |
|---|---|---|
| 04/19/2006 | ⊘30 | Proposed Document(s) submitted by Bienvenido I. Lugo Marchant. Document received: First Set of Interogatories Propounded by the Plaintiff to defendant- Kenneth Montgomery. (Attachments: # 1 Exhibit A)(Sonnenberg, Elizabeth) (Entered: 04/21/2006) |
| 06/23/2006 | ⊘31 | Judge Nathaniel M. Gorton : ORDER entered. REFERRING MOTION 23 MOTION to Compel *Complete and Substantive Responses to Discovery* filed by Peter Tsickritzis,, Kevin Kingston,, United Liquors Limited,, 28 MOTION for Order to Order Dimissing the Defendant's Motions to Compel Complete and Substantive Answers to Interrogatories Propounded by the Defendant's filed by Bienvenido I. Lugo Marchant, to Magistrate Judge Judith G. Dein for determination.(Nicewicz, Craig) (Entered: 06/23/2006) |
| 06/27/2006 | ❍ | ELECTRONIC NOTICE of Hearing on 23 Defendants' MOTION to Compel Complete and Substantive Responses to Discovery, and 28 Plaintiff's MOTION for Order Dimissing the Defendants' Motion to Compel: Motion Hearing set for 7/6/2006 11:15 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 06/27/2006) |
| 06/29/2006 | ⊘32 | MOTION for Extension of Time *to Extend Deadline for Completing Depositions and Other Deadlines* by Peter Tsickritzis, Kevin Kingston, United Liquors Limited.(Stepler, Heather) (Entered: 06/29/2006) |
| 07/06/2006 | ⊘33 | Judge Judith G. Dein : ORDER entered granting 23 Defendants' Motion to Compel. (Dambrosio, Jolyne) (Entered: 07/06/2006) |
| 07/06/2006 | ❍ | Case no longer referred to Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 07/06/2006) |
| 07/06/2006 | ⊘35 | MOTION to Extend Deadline as Propounded by the Defendants by Bienvenido I. Lugo Marchant. (Attachments: # 1 Exhibit 1-14) (Sonnenberg, Elizabeth) (Entered: 07/07/2006) |
| 07/06/2006 | ❍ | Clerk's Notes for proceedings held before Judge Judith G. Dein : Motion Hearing held on 7/6/2006 re 23 MOTION to Compel *Complete and Substantive Responses to Discovery* filed by Peter Tsickritzis,, Kevin Kingston,, United Liquors Limited,. Pro Se Marchant and Attorney Ackerstein make arguments and USMJ Dein allowed motion. (Court Reporter DR.) (Quinn, Thomas) (Entered: 07/10/2006) |
| 07/07/2006 | ⊘34 | NOTICE by Peter Tsickritzis, Kevin Kingston, United Liquors Limited *Regarding Plaintiff's Assent to Defendants' Motion to Extend Deadline for Completing Depositions and Other Deadlines* (Ackerstein, Joan) (Entered: 07/07/2006) |
| 07/19/2006 | ⊘36 | Proposed Document(s) submitted by Bienvenido I. Lugo Marchant. |

| | | |
|---|---|---|
| | | Document received: First Set of Interrogatories Propounded by the Plaintiff to Defendant-Kevin Kingston. (Sonnenberg, Elizabeth) (Entered: 07/26/2006) |
| 07/19/2006 | 37 | Proposed Document(s) submitted by Bienvenido I. Lugo Marchant. Document received: First Set of Interrogatories Propounded by the Plaintiff to Defendant-Kathleen C. Mansfield. (Sonnenberg, Elizabeth) (Entered: 07/26/2006) |
| 07/19/2006 | 38 | Proposed Document(s) submitted by Bienvenido I. Lugo Marchant. Document received: First Set of Interrogatories Propounded by the Plaintiff to Defendant-Kenneth Montgomery. (Sonnenberg, Elizabeth) (Entered: 07/26/2006) |
| 07/19/2006 | 39 | Proposed Document(s) submitted by Bienvenido I. Lugo Marchant. Document received: First Set of Interrogatories Propounded by the Plaintiff to Defendant-William Nagle. (Sonnenberg, Elizabeth) (Entered: 07/26/2006) |
| 07/19/2006 | 40 | Disclosure pursuant to Rule 26 by Bienvenido I. Lugo Marchant. (Sonnenberg, Elizabeth) (Entered: 07/26/2006) |
| 07/24/2006 | 41 | Proposed Document(s) submitted by Bienvenido I. Lugo Marchant. Document received: First Set of Interrogatories Propounded by the Plaintiff to Defendant-Linley Bigniew. (Sonnenberg, Elizabeth) (Entered: 07/26/2006) |
| 07/24/2006 | 42 | Proposed Document(s) submitted by Bienvenido I. Lugo Marchant. Document received: First Set of Interrogatories Propounded by the Plaintiff to Defendant-Mark McGill. (Sonnenberg, Elizabeth) (Entered: 07/26/2006) |
| 07/24/2006 | 43 | Proposed Document(s) submitted by Bienvenido I. Lugo Marchant. Document received: First Set of Interrogatories Propounded by the Plaintiff to Defendant-Sarah Corbett. (Sonnenberg, Elizabeth) (Entered: 07/26/2006) |
| 07/24/2006 | 44 | Proposed Document(s) submitted by Bienvenido I. Lugo Marchant. Document received: First Set of Interrogatories Propounded by the Plaintiff to Defendant-Gary Keimach. (Sonnenberg, Elizabeth) (Entered: 07/26/2006) |
| 07/24/2006 | 45 | Proposed Document(s) submitted by Bienvenido I. Lugo Marchant. Document received: First Set of Interrogatories Propounded by the Plaintiff to Defendant-James Tye. (Sonnenberg, Elizabeth) (Entered: 07/26/2006) |
| 07/24/2006 | 46 | Proposed Document(s) submitted by Bienvenido I. Lugo Marchant. Document received: First Set of Interrogatories Propounded by the Plaintiff to Defendant-Jonathan Barry. (Sonnenberg, Elizabeth) (Entered: 07/26/2006) |
| 07/24/2006 | 47 | Disclosure pursuant to Rule 26 by Bienvenido I. Lugo Marchant. (Sonnenberg, Elizabeth) (Entered: 07/26/2006) |

| 07/31/2006 | ⊕48 | Proposed Document(s) submitted by Bienvenido I. Lugo Marchant. Document received: Answers to Interrogatories. (Sonnenberg, Elizabeth) (Entered: 08/01/2006) |
|---|---|---|
| 08/07/2006 | ◐ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 32 Motion for Extension of Time, granting 35 Motion extend deadlines (Nicewicz, Craig) (Entered: 08/07/2006) |
| 10/12/2006 | ⊕49 | NOTICE to the Court by Bienvenido I. Lugo Marchant (Sonnenberg, Elizabeth) (Entered: 10/12/2006) |
| 10/16/2006 | ⊕50 | MOTION for Extension of Time by Peter Tsickritzis, Kevin Kingston, United Liquors Limited.(Ackerstein, Joan) (Entered: 10/16/2006) |
| 10/16/2006 | ⊕51 | Proposed Document(s) submitted by Bienvenido I. Lugo Marchant. Document received: First Set of Interrogatories. (Sonnenberg, Elizabeth) (Entered: 10/17/2006) |
| 10/27/2006 | ⊕52 | Response by Peter Tsickritzis, Kevin Kingston, United Liquors Limited to 49 Notice (Other) *Regarding Deposition*. (Attachments: # 1 Affidavit Affidavit of Joan Ackerstein)(Ackerstein, Joan) (Entered: 10/27/2006) |
| 11/07/2006 | ◐ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 50 Motion for Extension of Time. The court notes that no discovery need be filed with the court. If Plaintiff is requesting any relief he shall do so in motion form to the court. (Nicewicz, Craig) (Entered: 11/07/2006) |
| 12/01/2006 | ⊕53 | MOTION for Extension of Time to December 22, 2006; January 31, 2007 & February 27, 2007 to Complete depositions; Serve dispositive motions; Serve responses to dispositive motions, respectively by Peter Tsickritzis, Kevin Kingston, United Liquors Limited.(Ackerstein, Joan) (Entered: 12/01/2006) |
| 12/06/2006 | ◐ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 53 Motion for Extension of Time (Nicewicz, Craig) (Entered: 12/06/2006) |
| 12/06/2006 | ◐ | ELECTRONIC NOTICE OF RESCHEDULING Jury Trial set for 4/23/2007 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. Pretrial Conference set for 4/19/2007 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 12/06/2006) |
| 01/09/2007 | ⊕54 | MOTION in Limine by Bienvenido I. Lugo Marchant.(Sonnenberg, Elizabeth) (Entered: 01/12/2007) |
| 01/09/2007 | ⊕55 | MOTION to Compel defendants to produce complete and substantive responses to the interrogatories propounded by the plaintiff by Bienvenido I. Lugo Marchant. (Attachments: # 1 Exhibit A)(Sonnenberg, Elizabeth) (Entered: 01/12/2007) |
| 01/16/2007 | ⊕56 | MOTION to allow duces tecum on public records and others records not released by the defendants by Bienvenido I. Lugo Marchant.(Sonnenberg, Elizabeth) (Entered: 01/17/2007) |
| 01/17/2007 | ⊕57 | MOTION for Protective Order *Pursuant to Fed. R. Civ. P. 26(c)* by Peter |

| | | Tsickritzis, Kevin Kingston, United Liquors Limited.(Stepler, Heather) (Entered: 01/17/2007) |
|---|---|---|
| 01/17/2007 | ⊕58 | MEMORANDUM in Support re 57 MOTION for Protective Order *Pursuant to Fed. R. Civ. P. 26(c)* filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Stepler, Heather) (Entered: 01/17/2007) |
| 01/17/2007 | ⊕59 | AFFIDAVIT in Support re 58 Memorandum in Support of Motion, 57 MOTION for Protective Order *Pursuant to Fed. R. Civ. P. 26(c)*. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Stepler, Heather) (Entered: 01/17/2007) |
| 01/22/2007 | ⊕60 | Opposition re 57 MOTION for Protective Order *Pursuant to Fed. R. Civ. P. 26(c)* filed by Bienvenido I. Lugo Marchant. (Sonnenberg, Elizabeth) (Entered: 01/23/2007) |
| 01/24/2007 | ⊕61 | Opposition re 54 MOTION in Limine filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Stepler, Heather) (Entered: 01/24/2007) |
| 01/24/2007 | ⊕62 | AFFIDAVIT in Opposition re 54 MOTION in Limine filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Stepler, Heather) (Entered: 01/24/2007) |
| 01/24/2007 | ⊕63 | Opposition re 55 MOTION to Compel *Defendants to Produce Complete and Substantive Responses to the Interrogatories Propounded by the Plaintiff* filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Stepler, Heather) (Entered: 01/24/2007) |
| 01/24/2007 | ⊕64 | AFFIDAVIT of Joan Ackerstein in Opposition re 55 MOTION to Compel *Defendants to Produce Complete and Substantive Responses to the Interrogatories Propounded by the Plaintiff* filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Attachments: # 1 Exhibit A and B# 2 Exhibit C)(Stepler, Heather) (Entered: 01/24/2007) |
| 01/24/2007 | ⊕65 | Opposition re 56 MOTION to allowe duces tecum on public records and others records not released by the defendants filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Stepler, Heather) (Entered: 01/24/2007) |
| 01/24/2007 | ⊕66 | AFFIDAVIT in Opposition re 56 MOTION to allowe duces tecum on public records and others records not released by the defendants filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Attachments: # 1 Exhibit A and B# 2 Exhibit C# 3 Exhibit D)(Stepler, Heather) (Entered: 01/24/2007) |
| 01/30/2007 | ⊕67 | MOTION for Extension of Time to February 7, 2007 *of Summary Judgment Deadline* by Peter Tsickritzis, Kevin Kingston, United Liquors Limited.(Stepler, Heather) (Entered: 01/30/2007) |
| 01/30/2007 | ⊕ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 67 Motion for Extension of Time (Nicewicz, Craig) (Entered: 01/30/2007) |
| | | |

| 02/02/2007 | 68 | Letter notifying the Court of the plaintiffs position from Bienvenido I Lugo-Marchant. (Sonnenberg, Elizabeth) (Entered: 02/02/2007) |
|---|---|---|
| 02/07/2007 | 69 | MOTION for Summary Judgment by Peter Tsickritzis, Kevin Kingston, United Liquors Limited.(Stepler, Heather) (Entered: 02/07/2007) |
| 02/07/2007 | 70 | MEMORANDUM in Support re 69 MOTION for Summary Judgment *On All Counts* filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Stepler, Heather) (Entered: 02/07/2007) |
| 02/07/2007 | 71 | Statement of Material Facts L.R. 56.1 re 69 MOTION for Summary Judgment filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Stepler, Heather) (Entered: 02/07/2007) |
| 02/07/2007 | 72 | DECLARATION *of Peter Tsickritzis* by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Stepler, Heather) (Entered: 02/07/2007) |
| 02/07/2007 | 73 | DECLARATION *of Kevin Kingston* by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Stepler, Heather) (Entered: 02/07/2007) |
| 02/07/2007 | 74 | DECLARATION *of William Nagle* by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Stepler, Heather) (Entered: 02/07/2007) |
| 02/07/2007 | 75 | DECLARATION re 69 MOTION for Summary Judgment *of Joan Ackerstein* by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Attachments: # 1 Exhibit A# 2 Exhibit # 3 Exhibit C# 4 Exhibit D - I) (Stepler, Heather) (Entered: 02/07/2007) |
| 02/23/2007 | 76 | MOTION to Quash by Bienvenido I. Lugo Marchant.(Sonnenberg, Elizabeth) (Entered: 02/23/2007) |
| 02/23/2007 | 77 | STATEMENT of facts re 76 MOTION to Quash. (Sonnenberg, Elizabeth) (Entered: 02/23/2007) |
| 02/23/2007 | 78 | Sealed Document due to Personal Information on pleadings filed by Bienvenido I Lugo Marchant. (Sonnenberg, Elizabeth) Additional attachment(s) added on 2/23/2007 (Sonnenberg, Elizabeth). (Entered: 02/23/2007) |
| 03/12/2007 | 79 | Opposition re 76 MOTION to Quash *Defendants' Motion for Summary Judgment and Motion to Strike Plaintiff's Filings* filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Stepler, Heather) (Entered: 03/12/2007) |
| 03/12/2007 | 80 | AFFIDAVIT of Kathleen C. Mansfield in Opposition re 76 MOTION to Quash *Defendants' Motion for Summary Judgment and Motion to Strike Plaintiff's Filings* filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Attachments: # 1 Exhibit A and B)(Stepler, Heather) (Entered: 03/12/2007) |
| 03/12/2007 | 81 | MOTION to Strike 77 Statement of facts, 78 Sealed Document *and Opposition to Plaintiff's Motion to Quash Defendants' Motion for* |

| | | |
|---|---|---|
| | | *Summary Judgment, Rule 56* by Peter Tsickritzis, Kevin Kingston, United Liquors Limited.(Stepler, Heather) Modified on 3/13/2007 (Sonnenberg, Elizabeth). (Entered: 03/13/2007) |
| 03/28/2007 | 82 | MOTION to Add Recently Produce or Found Documents, and Grammatical Corrections by Bienvenido I. Lugo Marchant. (Attachments: # 1 Exhibit)(Sonnenberg, Elizabeth) (Entered: 03/29/2007) |
| 03/28/2007 | 83 | MOTION to include plaintiff's position on false declarations by Bienvenido I. Lugo Marchant.(Sonnenberg, Elizabeth) Modified on 3/29/2007 (Sonnenberg, Elizabeth). (Entered: 03/29/2007) |
| 03/28/2007 | 84 | DECLARATION by Bienvenido I. Lugo Marchant. (Sonnenberg, Elizabeth) (Entered: 03/29/2007) |
| 03/30/2007 | 85 | MOTION to Strike 83 MOTION to include plaintiff's position on false declarations, 82 MOTION to add recently produce or found documents, and grammatical corrections, 84 Declaration by Peter Tsickritzis, Kevin Kingston, United Liquors Limited.(Ackerstein, Joan) (Entered: 03/30/2007) |
| 04/03/2007 | 86 | Judge Nathaniel M. Gorton : ORDER entered. REFERRING MOTION 56 MOTION to allowe duces tecum on public records and others records not released by the defendants filed by Bienvenido I. Lugo Marchant,, 54 MOTION in Limine filed by Bienvenido I. Lugo Marchant,, 81 MOTION to Strike 77 Statement of facts, 78 Sealed Document *and Opposition to Plaintiff's Motion to Quash Defendants' Motion for Summary Judgment, Rule 56* filed by Peter Tsickritzis,, Kevin Kingston,, United Liquors Limited,, 83 MOTION to include plaintiff's position on false declarations filed by Bienvenido I. Lugo Marchant,, 55 MOTION to Compel filed by Bienvenido I. Lugo Marchant,, 85 MOTION to Strike 83 MOTION to include plaintiff's position on false declarations, 82 MOTION to add recently produce or found documents, and grammatical corrections, 84 Declaration filed by Peter Tsickritzis,, Kevin Kingston,, United Liquors Limited,, 76 MOTION to Quash filed by Bienvenido I. Lugo Marchant,, 82 MOTION to add recently produce or found documents, and grammatical corrections filed by Bienvenido I. Lugo Marchant,, 69 MOTION for Summary Judgment filed by Peter Tsickritzis,, Kevin Kingston,, United Liquors Limited,, 57 MOTION for Protective Order *Pursuant to Fed. R. Civ. P. 26(c)* filed by Peter Tsickritzis,, Kevin Kingston,, United Liquors Limited, to Magistrate Judge Judith G. Dein for disposition on non dispositive motions and R&R on dispositive motion.(Nicewicz, Craig) (Entered: 04/03/2007) |
| 04/04/2007 | ◐ | ELECTRONIC NOTICE OF RESCHEDULING Jury Trial set for 6/25/2007 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. Pretrial Conference set for 6/20/2007 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. The previous pretrial date of 4/19/07 and trial date of 4/23/07 are cancelled. The court will take pending motions under advisement.(Nicewicz, Craig) (Entered: 04/04/2007) |
| 04/09/2007 | ◐ | ELECTRONIC NOTICE of Hearing on Motion: All pending motions |

| | | |
|---|---|---|
| | | will be heard on 4/26/2007 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 04/09/2007) |
| 04/10/2007 | 87 | MOTION to Continue Pre-Trial Conference and Trial by Peter Tsickritzis, Kevin Kingston, United Liquors Limited.(Ackerstein, Joan) (Entered: 04/10/2007) |
| 04/26/2007 | | Clerk's Notes for proceedings held before Judge Judith G. Dein : Motion Hearing held on 4/26/2007 re 56 MOTION to allowe duces tecum on public records and others records not released by the defendants filed by Bienvenido I. Lugo Marchant,, 83 MOTION to include plaintiff's position on false declarations filed by Bienvenido I. Lugo Marchant,, 55 MOTION to Compel filed by Bienvenido I. Lugo Marchant,, 85 MOTION to Strike 83 MOTION to include plaintiff's position on false declarations, 82 MOTION to add recently produce or found documents, and grammatical corrections, 84 Declaration filed by Peter Tsickritzis,, Kevin Kingston,, United Liquors Limited,, 69 MOTION for Summary Judgment filed by Peter Tsickritzis,, Kevin Kingston,, United Liquors Limited,, 54 MOTION in Limine filed by Bienvenido I. Lugo Marchant,, 87 MOTION to Continue Pre-Trial Conference and Trial filed by Peter Tsickritzis,, Kevin Kingston,, United Liquors Limited,, 81 MOTION to Strike 77 Statement of facts, 78 Sealed Document *and Opposition to Plaintiff's Motion to Quash Defendants' Motion for Summary Judgment, Rule 56* filed by Peter Tsickritzis,, Kevin Kingston,, United Liquors Limited,, 76 MOTION to Quash filed by Bienvenido I. Lugo Marchant,, 82 MOTION to add recently produce or found documents, and grammatical corrections filed by Bienvenido I. Lugo Marchant,, 57 MOTION for Protective Order *Pursuant to Fed. R. Civ. P. 26(c)* filed by Peter Tsickritzis,, Kevin Kingston,, United Liquors Limited,. : USMJ Dein hears arguments from Pro Se Marchant and Attorney Ackerstein makes rulings on motions #'s 54,55,56,and the remaining motions #'s 69,76,81,82,83,85, and 87 are under advisement. (Court Reporter DR.) (Quinn, Thomas) (Entered: 04/26/2007) |
| 04/26/2007 | 88 | Judge Judith G. Dein : ORDER entered denying without prejudice 54 Plaintiff's Motion in Limine, 55 Plaintiff's Motion to Compel, and 56 Plaintiff's Motion re Public Records, and granting 57 Defendants' Motion for Protective Order. (Dambrosio, Jolyne) (Entered: 04/26/2007) |
| 05/07/2007 | 89 | MOTION to Revise Pre-Trial motions, rule 72 Fed. R. Civ. P. by Bienvenido I. Lugo Marchant.(Sonnenberg, Elizabeth) (Entered: 05/09/2007) |
| 05/10/2007 | 90 | Opposition re 89 MOTION to Revise Pre-Trial motions, rule 72 Fed. R. Civ. P. filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Stepler, Heather) (Entered: 05/10/2007) |
| 05/23/2007 | 91 | Judge Judith G. Dein : ORDER entered. REPORT AND RECOMMENDATIONS re 69 Defendants' MOTION for Summary Judgment. Recommendation: that the Motion be allowed. Objections to R&R due by 6/6/2007. (Dambrosio, Jolyne) (Entered: 05/23/2007) |
| | | |

| 05/23/2007 | | Judge Judith G. Dein : Electronic ORDER entered denying 76 Plaintiff's Motion to Quash. The court will consider the exhibits and arguments raised by the plaintiff as part of his opposition to the defendants' Motion for Summary Judgment. (Dambrosio, Jolyne) (Entered: 05/23/2007) |
| --- | --- | --- |
| 05/23/2007 | ○ | Judge Judith G. Dein : Electronic ORDER entered denying 81 & 85 Defendants' Motions to Strike. The court will consider the plaintiff's filings, and give them the appropriate weight, in connection with its consideration of the defendants' Motion for Summary Judgment. (Dambrosio, Jolyne) (Entered: 05/23/2007) |
| 05/23/2007 | ○ | Judge Judith G. Dein : Electronic ORDER entered granting 82 Plaintiff's Motion to Add Documents, and 83 Plaintiff's Motion to Include Plaintiff's Position on False Declarations. (Dambrosio, Jolyne) (Entered: 05/23/2007) |
| 05/23/2007 | ○ | Judge Judith G. Dein : Electronic ORDER entered granting in part and denying in part 89 Plaintiff's Motion to Revise Pre-Trial Motions. The court will consider plaintiff's arguments in connection with its consideration of the defendants' Motion for Summary Judgment. The defendants do not need to produce any statements regarding their wealth. (Dambrosio, Jolyne) (Entered: 05/23/2007) |
| 05/23/2007 | ○ | Case no longer referred to Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 05/23/2007) |
| 06/08/2007 | ○ | ELECTRONIC NOTICE OF RESCHEDULINGJury Trial set for 7/16/2007 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton.,Pretrial Conference set for 7/11/2007 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. The trial date of 6/25/07 and related pretrial conference is cancelled. The Court has received an R&R from the Magistrate Judge and anticipates and will take matter under advisement after the objection deadlines have past.(Nicewicz, Craig) (Entered: 06/08/2007) |
| 06/08/2007 | 92 | OBJECTION to 91 Report and Recommendations filed by Bienvenido l. Lugo Marchant. (Sonnenberg, Elizabeth) (Entered: 06/08/2007) |
| 06/08/2007 | ○ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 87 Motion to Continue (Nicewicz, Craig) (Entered: 06/13/2007) |
| 06/19/2007 | 93 | REPLY TO OBJECTION to 91 Report and Recommendations filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Ackerstein, Joan) (Entered: 06/19/2007) |
| 07/09/2007 | 94 | MOTION to Continue Pre-Trial Conference and Trial dates to After Ruling on Report & Recommendation on Defendants' Motion For Summary Judgment by Peter Tsickritzis, Kevin Kingston, United Liquors Limited.(Ackerstein, Joan) (Entered: 07/09/2007) |
| 07/20/2007 | ○ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 94 Motion to Continue (Nicewicz, Craig) (Entered: 07/20/2007) |
| 07/23/2007 | 95 | MOTION to include plaintiff's position on defendants motion to re- |

| | | schedule pre-trial conference and trial by Bienvenido I. Lugo Marchant. (Attachments: # 1 Exhibit A)(Sonnenberg, Elizabeth) (Entered: 07/24/2007) |
|---|---|---|
| 08/07/2007 | ❶ | Judge Nathaniel M. Gorton : Electronic ORDER entered. ORDER ON REPORT AND RECOMMENDATIONS Action on motion: After consideration of plaintiffs opposition thereto, Report and Recommendation is accepted and adopted.(Nicewicz, Craig) (Entered: 08/07/2007) |
| 08/07/2007 | ❶96 | Judge Nathaniel M. Gorton : ORDER entered. JUDGMENT in favor of Defendants (Nicewicz, Craig) (Entered: 08/07/2007) |
| 08/07/2007 | ❶ | Hard copy of R&R and Judgment mailed via US Mail to Plaintiff. (Nicewicz, Craig) (Entered: 08/07/2007) |
| 09/07/2007 | ❶97 | MOTION to Disbar and Prevent Joan Ackerstein from Practicing Law by Bienvenido I. Lugo Marchant.(Sonnenberg, Elizabeth) (Entered: 09/07/2007) |
| 09/07/2007 | ❶98 | NOTICE OF APPEAL by Bienvenido I. Lugo Marchant NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 9/27/2007. (Sonnenberg, Elizabeth) (Entered: 09/07/2007) |
| 09/17/2007 | ❶99 | Opposition re 97 MOTION to Disbar and Prevent Joan Ackerstein from Practicing Law filed by Peter Tsickritzis, Kevin Kingston, United Liquors Limited. (Ackerstein, Joan) (Entered: 09/17/2007) |