# United States Court of Appeals
## For the First Circuit

No. 07-2569

BIENVENIDO I. LUGO MARCHANT,

Plaintiff, Appellant,

v.

PETER TSICKRITZIS, ET AL.,

Defendants, Appellees.

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

JUDGMENT

Entered: November 28, 2007

Because "the timely filing of a notice of appeal in a civil case is a jurisdictional requirement," Bowles v. Russell, 127 S. Ct. 2360, 2366 (2007), and because the notice of appeal was filed one day late, this appeal is dismissed for lack of jurisdiction.

Dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
    Chief Deputy Clerk.

[cc: Mr. Lugo Marchant, Ms. Stepler and Ms. Ackerstein]