MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2569

BIENVENIDO I. LUGO MARCHANT,

Plaintiff, Appellant,

v.

PETER TSICKRITZIS, ET AL.,

Defendants, Appellees.

Before

Boudin, *Chief Judge*,
Stahl, *Senior Circuit Judge*,
and Lynch, *Circuit Judge*.

JUDGMENT

Entered: November 28, 2007

Because "the timely filing of a notice of appeal in a civil case is a jurisdictional requirement," Bowles v. Russell, 127 S. Ct. 2360, 2366 (2007), and because the notice of appeal was filed one day late, this appeal is dismissed for lack of jurisdiction.

*Dismissed*.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

/s/ Linda Barry
Deputy Clerk

Date: DEC 19 2007

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER
By: _____
    Chief Deputy Clerk.

[cc: Mr. Lugo Marchant, Ms. Stepler and Ms. Ackerstein]